IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO PUGA JIMENEZ,

    Petitioner,                  No. CIV S-05-0542 GEB DAD P

   vs.

UNITED STATES IMMIGRATION
NATURALIZATION SERVICE and
TERESA SCHWARTZ, Warden,

    Respondents.            <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 25, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Petitioner has not filed objections to the findings and
2  recommendations.
3          The court has reviewed the file and finds the findings
4  and recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7          1.  The findings and recommendations filed March 25,
8  2005, are adopted in full; and
9          2.  Petitioner's application for a writ of habeas
10 corpus is dismissed without prejudice for failure to exhaust
11 state remedies.
12 Dated:  May 6, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge